1  HOLLAND & KNIGHT LLP
   Ashley L. Shively (264912)
2  Email: ashley.shively@hklaw.com
   50 California Street, Suite 2800
3  San Francisco, CA 94111
   Telephone (415) 742-6970
4  Facsimile (415) 743-6910
   *Attorneys for Defendant*
5  *Health Insurance Innovations, Inc.*

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10 SYLVIA SCHICK, *et al.*, individually      Case No. 8:19-cv-00588-AB-ADS
   and on behalf of all others similarly
11 situated                                   **STIPULATION TO TRANSFER
                                              MATTER TO THE UNITED
12            Plaintiffs,                      STATES DISTRICT COURT,
                                              SOUTHERN DISTRICT OF
13        v.                                   CALIFORNIA AND
                                              COORDINATE WITH FIRST-
14 HEALTH INSURANCE                            FILED CASE**
   INNOVATIONS, INC., *et al.*,
15 inclusive, and each of them,

16            Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, California 94111
Tel: 415.743.6906
Fax: 415.743.6910

STIPULATION

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, California 94111
Tel: 415.743.6906
Fax: 415.743.6910

**STIPULATION**

WHEREAS, on March 27, 2019, Plaintiffs filed a Complaint in the above-captioned action, raising four claims for relief for alleged negligent and willful violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227(b), (c);

WHEREAS, by stipulation of the parties, Defendant's Answer to the Complaint was filed August 7, 2019;

WHEREAS, this action involves similar parties and issues as *Moser v. Health Insurance Innovations, Inc., et. seq.*, pending in the United States District Court for the Southern District of California, Case No. 3:17-cv-1127-WQH-KSC. *Moser* was filed on June 5, 2017;

WHEREAS, the parties in *Moser* have briefed class certification and the Court (Hon. Karen Crawford) held a hearing on April 25, 2019. *See Moser*, Dkt. No. 141. The Court has yet to issue a written order.

WHEREAS, the parties agree litigating this matter on a separate track could pose a risk of conflicting judgments and unnecessarily burden the Court and the parties with duplicative litigation.

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.     Good cause exists for the Court to transfer this matter to the Southern District for coordination with *Moser* before Judge Crawford.

2.     The parties reserve all rights and arguments regarding consolidation of this case with *Moser*.

3.     Upon transfer, or if the Court denies this stipulation for any reason, the parties shall take all steps necessary to jointly request a stay of *Schick* pending a ruling on class certification in *Moser*.

///

///

///

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, California 94111
Tel: 415.743.6906
Fax: 415.743.6910

1    Dated:          August 7, 2019

2                                         By:    /s/ Todd M. Friedman
                                          **LAW OFFICES OF TODD M.**
3                                         **FRIEDMAN, P.C.**
                                          Attorneys for Plaintiffs
4

5    Dated:          August 7, 2019

6                                         By:  /s/  Ashley L. Shively
                                          **HOLLAND & KNIGHT LLP**
7                                         Attorneys for Defendant
                                          Heath Insurance Innovations, Inc.
8

9

10                          **FILER'S ATTESTATION**

11         Pursuant to Local Rule 5-4.3.4(a)(2)(i) of the Central District of California,

12   regarding signatures, I, Ashley L. Shively, attest that concurrence and authorization

13   in the filing of this document has been obtained.

14   Dated: August 7, 2019

15                                         By:              */s/ Ashley L. Shively*
                                                           Ashley L. Shively
16

17

18

19

20

21

22

23

24

25

26

27

28