JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCHICK, *et al.*, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH INSURANCE INNOVATIONS, INC., *et al.*, inclusive, and each of them,<br><br>Defendant. | Case No. 8:19-cv-00588-AB-ADS<br><br>**[PROPOSED] ORDER TO TRANSFER MATTER TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA AND COORDINATE WITH FIRST-FILED CASE** |

## [~~PROPOSED~~] ORDER

Good cause appearing, this matter is hereby **TRANSFERRED** to the United States District Court for the Southern District of California for coordination before Judge Crawford with *Moser v. Health Insurance Innovations, Inc., et. seq.*, Case No. 3:17-cv-1127-WQH-KSC. Once transferred, the parties shall submit a stipulation to that Court to stay the case pending a ruling on class certification in *Moser*. Nothing in this order restrains the parties from later seeking or opposing consolidation of this case with *Moser*.

IT IS SO ORDERED.

Dated: August 12, 2019

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE